# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jacohen Walker,<br><br>                Plaintiff,<br><br>v.<br><br>Henderson Police K9; and Henderson Police,<br><br>                Defendants. | Case No. 2:22-cv-000652-APG-DJA<br><br>**Order** |

This matter is before the Court on the Court's review of the docket. On May 2, 2022, the Court reviewed Plaintiff's initiating documents, noting that, since Plaintiff had submitted his documents, he had neither paid the filing fee nor submitted an application to proceed *in forma pauperis*. (ECF No. 4). It ordered Plaintiff to either file a complete application to proceed *in forma pauperis* or pay the filing fee by June 24, 2022. (*Id.* at 2). Plaintiff missed that deadline, but on August 1, 2022, filed a change of address. (ECF No. 5). It appears that Plaintiff may not have received the Court's order.

**IT IS THEREFORE ORDERED** that Plaintiff will have a one-time chance to comply with the Court's order (ECF No. 4). Plaintiff shall comply with the order on or before **October 31, 2022**. Failure to do so will result in a recommendation that this action be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff a copy of this Court's order at ECF No. 4 (including the attached application to proceed *in forma pauperis* and instructions at ECF No. 4-1) and a copy of this order.

DATED: September 30, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE