# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jacohen Walker,<br><br>               Plaintiff,<br><br>v.<br><br>Henderson Police K9 and Henderson Police,<br><br>               Defendants. | Case No. 2:22-cv-00652-APG-DJA<br><br>**Order** |

This matter is before the Court on the Court's review of the docket. Plaintiff updated his address on August 1, 2022 but did not include his new inmate number with his new address. (ECF[1] No. 5). This resulted in Plaintiff's address being updated with his old inmate number. His mail containing this Court's most recent order was thus returned as undeliverable. (ECF No. 7).

In that order, the Court gave Plaintiff until October 31, 2022 to comply with the Court's previous order requiring him to file a complete application to proceed *in forma pauperis* or pay the filing fee. (ECF No. 6). The Court noted that it appeared Plaintiff had not received the Court's previous order requiring him to do so. (*Id.*). Because it appears that Plaintiff is still not receiving his mail, the Court will extend Plaintiff's deadline to comply with its order to November 17, 2022. The Court will also direct that its previous orders be re-sent to Plaintiff, along with a copy of the docket sheet.

**IT IS THEREFORE ORDERED** that Plaintiff will have a one-time chance to comply with the Court's prior order, which order can be found at ECF No. 4. Plaintiff shall comply with the order on or before **November 17, 2022.**

---

[1] "ECF" refers to the Electronic Filing System. The number refers to each document number as it appears on the docket sheet. The docket number also appears at the top of each filed document.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to update Plaintiff's address on the docket to include his inmate number: #1258649.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff the following:

1. A copy of this Court's order at ECF No. 4 (including the attached application to proceed *in forma pauperis* and instructions at ECF No. 4-1).
2. A copy of this Court's order at ECF No. 6.
3. A copy of this order.
4. A copy of the docket sheet.

DATED: October 18, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE