# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jacohen Walker,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Henderson Police K9 and Henderson Police,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00652-APG-DJA<br><br>**Report and Recommendation** |

　　　After Plaintiff filed initiating documents without an application to proceed *in forma pauperis*, the Court gave Plaintiff until June 24, 2022, to apply to proceed *in forma pauperis* or pay the filing fee. (ECF No. 4). It explained that failure to meet the deadline could result in a recommendation of dismissal. (*Id.* at 3). Plaintiff missed the deadline.

　　　But Plaintiff had filed a change of address and the Court noted that he may not have received the Court's prior order. (ECF No. 6). The Court thus gave him additional time—until October 31, 2022—to apply to proceed *in forma pauperis* or pay the filing fee. (*Id.*). It again explained that failure to comply with the order could result in a recommendation of dismissal. (*Id.*). Plaintiff missed the deadline.

　　　The Court then noted that Plaintiff's mail was returned as undeliverable because, although he updated his address, he had not updated his inmate number. (ECF No. 8). The Court thus gave Plaintiff additional time again, until November 17, 2022. (*Id.*). Plaintiff has missed this deadline.

///

///

///

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 6, 2023

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE