UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACOHEN WALKER,<br><br>     Plaintiff<br><br>v.<br><br>HENDERSON POLICE K9 and HENDERSON POLICE,<br><br>     Defendants | Case No.: 2:22-cv-00652-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 9] |

On January 6, 2023, Magistrate Judge Albregts recommended that I dismiss this action because plaintiff Jacohen Walker failed to pay the filing fee or apply to proceed in forma pauperis despite being given multiple extensions of time to do so. ECF No. 9.  Walker did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 9) is accepted and this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 25th day of January, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE